IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| PATRICK REYNOLD WELCH, JR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 125-303 |
| | ) | |
| MR. EUGENE BRANTLEY; L.T. MR. | ) | |
| MITCHELL; MS. JOHNSON; SGT. MS. | ) | |
| COWART; SGT. MR. ELLIS; CAPTAIN | ) | |
| MS. HARRELL; SGT. MR. COLLIER; | ) | |
| OFFICER MR. ATKINS; OFFICER | ) | |
| MR. BENJAMI; OFFICER SGT. MR. | ) | |
| SEAMOORE; MR. BURNS; and CHARGE | ) | |
| NURSE MS. KIM CLARK, | ) | |
| | ) | |
| Defendants. | ) | |

**O R D E R**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **DISMISSES** this case without prejudice, and **CLOSES** this civil action.

SO ORDERED this ___13th___ day of April, 2026, at Augusta, Georgia.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA